UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA

v.

ERICK PLACENCIA,

Defendant.
---------------------------------------------------------X

ORDER

26-cr-307-2 (PMH)

The Court has received a recommendation pursuant to 18 U.S.C. § 3005 from Jennifer L. Brown, Attorney-in-Charge for the Federal Defenders of New York, in consultation with Ezra Spilke, Erick Placencia's lead counsel, to appoint Joshua Dratel as learned capital counsel for Mr. Placencia in this case.

Full consideration having been given to Ms. Brown's recommendation, it is hereby:

ORDERED that Joshua Dratel is appointed as learned counsel for Mr. Placencia in this case.

Dated: White Plains, New York
July 27, 2026

Philip M. Halpern
United States District Judge